**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-6651**

CURTIS LEON TAYLOR, SR.,

                Petitioner – Appellant,

        v.

GEORGE M. HINKLE,

                Respondent – Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Magistrate Judge.  (3:08-cv-00306-MHL; 3:11-cv-00286-JRS)

Submitted:  June 3, 2011              Decided:  June 15, 2011

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Curtis Leon Taylor, Sr., Appellant Pro Se.  Susan Foster Barr, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, Susan Bland Curwood, Assistant Attorney General, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Leon Taylor, Sr. seeks to appeal the magistrate judge's order granting his request to treat his amended motion to compel as a 42 U.S.C. § 1983 (2006) complaint.[*]  This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949).  The order Taylor seeks to appeal is neither a final order nor an appealable interlocutory or collateral order.  Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the exercise of jurisdiction by the magistrate judge pursuant to 28 U.S.C. § 636(c) (2006).